IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES,

v.

ANTON PEREVOZNIKOV,

Defendant.

CRIMINAL NO. 15-441

## ORDER

**AND NOW**, this 27th day of November 2023, upon consideration of Defendant's Motion for 3582(c) Compassionate Release (Doc. No. 122), the Government's Response in Opposition (Doc. No. 125), and Defendant's Reply (Doc. No. 129), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.